JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK PHILIP OSTER,<br><br>          Petitioner,<br><br>                    v.<br><br>UNITED STATES,<br><br>          Respondent. | Case No. 8:25-cv-00474-DOC(SK)<br><br>**STIPULATED ORDER DISMISSING CASE WITHOUT PREJUDICE** |

    Based on the Stipulation filed by the parties (ECF 12), IT IS HEREBY ORDERED THAT this case is DISMISSED WITHOUT PREJUDICE.  The Order to Show Cause (ECF 11) is fully DISCHARGED, and the hearing on that Show-Cause Order set for July 30, 2025 is VACATED.

    IT IS SO ORDERED.


July 22, 2025
DATE

                              STEVE KIM
                    UNITED STATES MAGISTRATE JUDGE


cc (via email): Mr. Richard Callahan Jr. (Case No. 21-CR-00147-PA)